Sol Goldblatt, Appellee, v. Mark Perlman, Appellant.

Gen. No. 44,533.

opinion filed October 18, 1949; released for publication November 3, 1949. Merwyn E. Cedar, for appellant; Charles A. Schreiber, for appellee; John C. Gekas, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.